IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLYDE STOKES,
Inmate No. 210395,
    Plaintiff,

vs.                                                  Case No.: 3:13cv518/MCR/EMT

DEVON MILES and
SHERIFF DAVID MORGAN
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated April 19, 2016, Plaintiff was given thirty (30) days in which to file a fourth amended complaint (*see* ECF No. 24). Plaintiff was subsequently granted an extension of time to June 14, 2016 (ECF No. 26). Because Plaintiff failed to file the fourth amended complaint, this court entered an order directing him to show cause within thirty (30) days why this action should not be dismissed for failure to comply with an order of the court (ECF No. 27). Plaintiff responded to that order with another motion for an extension, which the court

granted, providing that it would be the final extension (ECF No. 29).  Plaintiff was given an extension to September 12, 2016.  The time for compliance with the extended deadline has now elapsed, and Plaintiff has failed to file a fourth amended complaint or to otherwise respond.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 16th day of September 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.