IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLYDE STOKES,
Inmate No. 210395,
    Plaintiff,

vs.                                            Case No.: 3:13cv518/MCR/EMT

DEVON MILES and
SHERIFF DAVID MORGAN
    Defendants.
    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated September 16, 2016 (ECF No. 30).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The court has made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, the court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 30th day of September 2016.


*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**